# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue



## Report on Offender Under Supervision

Name of Offender:      Peter C Spingola           Docket No.:   CR 06-00688-01 EMC

Name of Sentencing Judge:   Edward M. Chen
                            United States Magistrate Judge

Date of Original Sentence:   December 6, 2006

Original Offense:
Count One: Operating a Motor Vehicle Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor

Original Sentence: three years probation
Special Conditions: Special assessment $10; fine $1,000; driving privilege restriction for 90 days; complete "First Offender's DUI Program"; complete drug/alcohol assessment; maintain proof of financial responsibility

Type of Supervision: Probation                Date Supervision Commenced: December 6, 2006
Assistant U.S. Attorney: Derek R. Owens              Defense Counsel: Steven G. Kalar (AFPD)

## Petitioning the Court to Take Judicial Notice

### Cause

Charge Number     Violation

One               There is probable cause to believe that the offender violated special condition number two which requires that he pay to the United States a fine of $1,000 no later than February 7, 2007.

                  On February 14, 2007, the offender met with this probation officer at the probation office for a scheduled appointment, and conceded that he had not made the required fine payment.

NDC-SUPV-FORM 12A 03/23/05

Peter C Spingola                                                                                                Page 2
CR 06-00688-01 EMC

Two            There is probable cause to believe that the offender violated the standard condition which requires he shall refrain from any unlawful use of a controlled substance.

               On February 14, 2007, the offender admitted to this officer that he had consumed marijuana the day prior to reporting to the probation office for his scheduled appointment.

**Action Taken and Reason**

Regarding charge number one, the offender admittedly informed that he did not have the funds to complete payment of his fine obligation this month. However, he did agree to make a $500 payment by February 20, 2007, and another $500 payment no later than March 20, 2007, with the Court's approval.

Regarding charge number two, the offender was forthcoming and honest regarding his marijuana use. He was given a verbal reprimand by this probation officer and warned that further illicit drug use could result in further Court action. Additionally, he will be referred to the contracted treatment provider for a substance abuse assessment.

Derek R. Owens, Special Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:        2609 Market Street, # 2
                            San Francisco, CA 94114

Respectfully submitted,                     Reviewed by:

_____             _____
Alan K. Ahlstrand                           Amy Rizor
U.S. Probation Officer                      Supervisory U.S. Probation Officer

Date Signed: February 15, 2007

Peter C Spingola                                                          Page 3
CR 06-00688-01 EMC

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

___2/21/07___                                   _____
Date                                            Edward M. Chen
                                                United States Magistrate Judge

NDC-SUPV-FORM 12A 03/23/05