IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PETER SPINGOLA,<br><br>　　　　　　Defendant. | No. CR 06-00688-01 EMC<br><br>[~~PROPOS~~ED] STIPULATED ORDER CONTINUING INITIAL APPEARANCE<br><br>**Current Hearing Date:** October 1, 2008 at 9:30 a.m.<br><br>**Proposed Hearing Date**: October 22, 2008 at 9:30 a.m. |

　　　At the request of the Probation Office, this Court summonsed Peter Spingola to appear before the Court on Wednesday, September 24, 2008 at 9:30 a.m. for allegations regarding violations of probation. AFPD Kalar was unavailable on that date because of a previous commitment at the Ninth Circuit, and the matter was continued to October 1, 2008.

　　　Last Friday, the Honorable Charles R. Breyer informed the parties in a trial scheduled for October 6, 2008 that he was, *sua sponte*, moving jury selection for that trial to the morning of October 1, 2008. AFPD Kalar will accordingly be unavailable on Wednesday October 1, or on October 8th or 15th because of the trial obligations.

　　　Therefore, the defense respectfully requests that the initial appearance be moved to Wednesday, October 22, 2008 at 9:30 a.m.

*Spingola*, CR 06-00688-01 EMC
ORD. CONT. INITIAL

The government has no objection to this continuance.

Therefore, for good cause shown, the initial appearance of Mr. Spingola on October 1, 2008 is vacated. The matter shall be added to the Court's criminal calendar on the morning of Wednesday, October ~~22,~~ 29 2008 at 9:30 a.m. for initial appearance, identification of counsel, and to set further dates.

IT IS SO ORDERED.

September 30, 2008
_____
DATED

_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

IT IS SO STIPULATED.

September 29, 2008                /s
DATED                             JOSEPH P. RUSSONIELLO
                                  United States Attorney
                                  Northern District of California
                                  WENDY THOMAS
                                  Assistant United States Attorney


September 29, 2008                /s
DATED                             BARRY J. PORTMAN
                                  Federal Public Defender
                                  Northern District of California
                                  STEVEN G. KALAR
                                  Assistant Federal Public Defender

*Spingola*, CR 06-00688-01 EMC
ORD. CONT. INITIAL                               2